# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 9, 2022

## NO. 03-21-00046-CV

**Pools Unlimited, Inc.; Randy Lee Morrow; and Rhonda Jean Morrow, Appellants**

**v.**

**John Houchens and Brenda Houchens, Appellees**

**APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
AFFIRMED IN PART; REVERSED AND REMANDED IN PART
ON MOTION FOR REHEARING –
OPINION BY JUSTICE KELLY**

This is an appeal from the judgment signed by the trial court on January 14, 2021. We withdraw our June 3, 2022 opinion and judgment and substitute the following opinion and judgment in their place. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment  Therefore, the Court reverses the trial court's judgment as to appellees' fraudulent-lien claim and breach-of-contract claim, including the trial court's award of actual damages, exemplary damages, attorney's fees, and expenses. The Court remands appellees' fraudulent-lien claim and breach-of-contract claim for a new jury trial. The Court affirms that portion of the judgment ordering that appellants take nothing on their breach-of-contract claim. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.